UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- x

WENDY KLONSKY,

                    Plaintiff,

    v.

CANON U.S.A., INC., PATRICIA HALL, and MELISSA MORITZ

                    Defendants.

------------------------------------- x

11-CV-1948 (MKB) (ETB)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Wendy Klonsky and Defendants Canon U.S.A., Inc., Patricia Hall, and Melissa Moritz, through their respective attorneys, that the action and claims by Plaintiff against Defendants Canon U.S.A., Inc., Patricia Hall, and Melissa Moritz shall be and hereby are dismissed with prejudice, and that each party shall bear its own costs and attorneys' fees.

Dated: New York, New York
       July 24, 2012

FUGAZY & ROONEY LLP

By: _____
    Amanda Fugazy, Esq.
126 Glen Street
Glen Cove, NY 10004
(516) 584-1642
Attorneys for Plaintiff

SEYFARTH SHAW LLP

By: _____
    Dov Kesselman, Esq.
620 Eighth Avenue, 32nd Floor
New York, New York 10018
(212) 218-5507
Attorneys for Defendants

SO ORDERED:

_____  7/24/2012
Hon. Margo K. Brodie

14564256v.4